[No. 44061-0-II.   Division Two.   December 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE R. MCCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01384-9, Linda CJ Lee, J., entered October 9, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 44533-6-II.   Division Two.   December 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY JOSEPH PERKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-01152-1, Michael H. Evans, J., entered January 17, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.

[Nos. 44561-1-II; 44621-9-II.   Division Two.   December 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB BENJAMIN MATTILA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MYKELL ALEX BRU, *Appellant*.

Appeals from judgments of the Superior Court for Clark County, No. 12-1-01888-0, Scott A. Collier, J., entered February 19, 2013. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.